

**ORDERED in the Southern District of Florida on March 18, 2009.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                    Case No.  09-11702-JKO
                                                                                          Chapter 7 Proceedings

RAUL A. MAYORGA
_____/

### ORDER GRANTING FMCC RELIEF FROM AUTOMATIC STAY

   This matter came before the Court on Ford Motor Credit Company LLC'S ("FMCC") Motion for Relief from Automatic Stay in the above-styled case filed February 25, 2009. The Motion was properly served on all interested parties and no parties filed or served objections within the time allowed.  Therefore, pursuant to Local Rule 4001-1(C) it is deemed that all parties have consented to an order granting relief from stay.  This Court, having reviewed the Motion of FMCC, and being otherwise duly advised in the premises, it is:

   ORDERED that the Motion for Relief From the Automatic Stay is GRANTED. Accordingly, the automatic stay of Section 362(a) of the Bankruptcy Code is modified so that FMCC may repossess and/or replevy a 2003 FORD EXPEDITION, Vehicle Identification

Number 1FMRU15W63LA38040 and foreclose its interest under its security agreement with the above Debtor(s), sell or otherwise dispose of the Motor Vehicle and apply the sales proceeds to the indebtedness owed to FMCC.  This order is for the sole purpose of seeking <u>in rem</u> remedies.   Further, Rule 4001(a) (3) of the Federal Rules of Bankruptcy Procedure is not applicable and FMCC may immediately enforce and implement this order granting relief from the automatic stay.

###

Kenneth M. Jones, Moody, Jones, Ingino & Morehead, P.A., 1333 S. University Dr. Suite 201, Plantation, Florida 33324, 954-473-6605, Attorney for FMCC, is directed to serve a copy of this order on the parties listed and file a certificate of service.

<u>Debtor's Attorney:</u>
David W. Langley, Esquire

<u>Debtor:</u>
Raul A. Mayorga
3680 N 56 Ave. #834
Hollywood, FL 33021-2277

<u>Trustee:</u>
Sonya Sallkin