ORDERED in the Southern District of Florida on  AUG 18 2009

_____
John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 09-11702-JKO
CHAPTER 7 CASE

IN RE:

RAUL A. MAYORGA

Debtor.
_____/

**ORDER GRANTING MODIFICATION OF STAY**

THIS CASE came before the court, upon Motion for Relief from Stay (Docket # 40) filed pursuant to local rule 4001-1(c) by **GMAC MORTGAGE, LLC, A SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1**, a secured creditor, and there being no objections to the entry of this order within the fifteen days negative notice period set forth therein, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

09-03263

**BUILDING 8, UNIT 221, THE PALM OF PEMBROKE, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED ON DECEMBER 5, 2005 IN OFFICIAL RECORDS BOOK 41018, PAGE 598, PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, ALONG WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTANT THERETO**

A/K/A: 221 PALM CIRCLE E UNIT #221, PEMBROKE PINES, FL 33025

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. Bankruptcy fees and costs of $800.00 are awarded for bringing forth the prosecution of the Motion for Relief.

4. GMAC MORTGAGE, LLC, A SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1, is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, **GMAC MORTGAGE, LLC, A SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1,** may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by: LAW OFFICES OF MARSHALL C. WATSON, P.A.
ATTN: SCOTT WEISS
1800 NORTH WEST 49TH STREET – SUITE #120
FORT LAUDERDALE, FLORIDA 33309

Scott Weiss, Esq., Is directed to furnish a
Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.

09-03263